### 10829.  KENDRICK *v.* BATTLE *et al.*

LUKE, J. Where a remittitur from this court is made the judgment of the lower court, the latter court can not render another judgment against the sureties upon a supersedeas bond for a sum of money additional to the amount of the original judgment. In this case the court did not err in sustaining, upon the evidence offered, the affidavit of illegality. See *Corbin* v. *McCrary*, 23 *Ga. App.* 780 (96 S. E. 445.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED JANUARY 7, 1920.

Affidavit of illegality; from Taliaferro superior court—Judge Walker. June 26, 1919.

*James A. Mitchell, Alvin G. Golucke,* for plaintiff.

*Hawes Cloud,* for defendant.